UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN PACIFIC MORTGAGE CORPORATION, a California corporation; and ELEMENT MORTGAGE, a division of AMERICAN PACIFIC MORTGAGE CORPORATION<br><br>     Plaintiff,<br><br>vs.<br><br>EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING; LUKE WELLING, an individual residing in Washington State; MATTHEW THOMAS, an individual residing in Washington State; ANDREW HOPKINS, an individual residing in Washington State; AUSTIN JAMES, an individual residing in Washington State; COREY CONDRIN, an individual residing in Washington State; DANIEL WON, an individual residing in Washington State; KIMBERLY BUNDRUM, an individual residing in Washington State; CINDEE WILSON, an individual residing in Washington State; JANE/JOHN DOES 1-10; DOE BUSINESS/CORPORATE ENTITIES 1-10,<br><br>     Defendants. | Case No. 2:21-cv-1088 RSM<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DATE**<br><br>TRIAL DATE: Not Yet Set<br>ACTION FILED: August 13, 2021 |



Page 1 - **STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DATE**

MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211

**STIPULATION**

Whereas on August 13, 2021, Plaintiff AMERICAN PACIFIC MORTGAGE CORPORATION and ELEMENT MORTGAGE, a division of AMERICAN PACIFIC MORTGAGE (collectively "Plaintiff"), filed a complaint alleging, among other things, misappropriation of trade secrets against EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING; LUKE WELLING; MATTHEW THOMAS; ANDREW HOPKINS; AUSTIN JAMES; COREY CONDRIN; DANIEL WON; KIMBERLY BUNDRUM; and CINDEE WILSON (collectively "Defendants").

Whereas on August 27, 2021, defendant EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING was served with copies of the summons and complaint, making its responsive pleading due no later than September 17, 2021;

Whereas on September 4, 2021, defendant LUKE WELLING was served with copies of the summons and complaint, making his responsive pleading deadline due no later than September 27, 2021;

Whereas on September 10, 2021, counsel F. Matthew Ralph of the law firm Dorsey & Whitney LLP, notified plaintiff's counsel that he will be representing Defendants in this matter and accepting service on behalf of all remaining unserved Defendants. Mr. Ralph further requested that all presently set responsive pleading deadlines be extended and consolidated to a single date;

Whereas on September 14, 2021, plaintiff's counsel agreed to effectuate service as to all remaining unserved Defendants through Mr. Ralph, and to extend and consolidate Defendants' responsive pleading deadline to October 6, 2021;

Therefore, the parties by and through their respective counsel of record, hereby stipulate that Mr. Ralph, counsel of record for Defendants, shall accept service of process on behalf of all remaining unserved Defendants, and the deadline by which all Defendants' must file a responsive pleading is extended to October 6, 2021.

///

///

///



Dated this 20th day of September, 2021.

                     MEDINA McKELVEY LLP

By:   /s/ Rabindra M. David
      Rabindra M. David (CA SBN 274504)
      Admitted pro hac vice
      rabi@medinamckelvey.com
      925 Highland Pointe Drive, Suite 300
      Roseville, California 95678
      Telephone: (916) 960-2211
      Facsimile:  (916) 742-5488

*with*

Tyson L. Calvert (WSBA No. 38908)
tcalvert@lindsayhart.com
Matthew N. Miller (WSBA No. 48704)
mmiller@lindsayhart.com
LINDSAY HART, LLP
1300 SW 5th Ave., Suite 3400
Portland, Oregon 97204-5640
Telephone: (503) 226-7677
Facsimile:  (503) 226-7697

Maren Calvert (WSBA No. 53940)
maren@horensteinlawgroup.com
HORENSTEIN LAW GROUP PLLC
500 Broadway Street, Suite 370
Vancouver, Washington 98660-3324
Telephone: (360) 597-0978

*Attorneys for Plaintiffs*

By:   /s/Aaron Goldstein
      F. Matthew Ralph (MN SBN 0323202)
      Ralph.Matthew@dorsey.com
      DORSEY & WHITNEY LLP
      50 South Sixth Street, Suite 1500
      Minneapolis, Minnesota 55402-1498
      Telephone: (612) 492-6964

Aaron Goldstein (WA SBN 34425)
goldstein.aaron@dorsey.com
Alyson Dieckman (WA SBN 57217)
dieckman.alyson@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 5th Ave., Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800

*Attorneys for Defendants*



## ORDER

Based on the foregoing Stipulation of the parties and good cause appearing, it is HEREBY ORDERED that Defendants' responsive pleading to Plaintiffs' Complaint shall be filed on or before October 6, 2021.

DATED this 21st day of September, 2021, at Seattle, Washington.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented and submitted by:

  /s/ Rabindra M. David
Rabindra M. David (CA SBN 274504)
Admitted pro hac vice
rabi@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

